# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § Case No. 4:12cv667 |
| | § |
| $16,216.00 IN UNITED STATES CURRENCY | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 22, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the United States' Motion for Default Judgment (Dkt. 9) be GRANTED, that a judgment of forfeiture be entered in favor of the United States, that all right, title, and interest in the Defendant property is vested in the United States, and that the Defendant property be disposed of according to law.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, the United States' Motion for Default Judgment (Dkt. 9) is GRANTED, and

a judgment of forfeiture shall be entered in favor of the United States finding that all right, title, and interest in the Defendant property is vested in the United States and that the Defendant property shall be disposed of according to law.

**IT IS SO ORDERED.**

**SIGNED this the 28th day of August, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE